# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                    Case No. 5:21-cr-40081-HLT

**GREGORY MYRON SEELEY,**

    Defendant.

**Attorney for Plaintiff:**    Sara Walton
**Attorney for Defendant:**    Nicholas David

| JUDGE: | District Judge Holly L. Teeter | DATE: | 2/28/2023 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | n/a | PROBATION: | Carly Feldhausen |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663    $ 48,000.00  on count(s)
                                                         $   on count(s)

☒ **Total Restitution:**    $ **48,000.00**

☐ Defendant Fined    $   on count(s)
                        $   on count(s)

☐ **Total Fine:**    $

☒ Defendant Assessed under 18:3013    $ 100.00  on count(s)
☒ Defendant Assessed under AVAA    $ 1,000.00  on count(s)
☒ Defendant Assessed under JVTA    $ 5,000.00  on count(s)

☒ **Total Assessment:**    $ **6,100.00**

☒ Count(s) <u>all remaining counts</u> dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☒ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the Second Amended Presentence Investigation Report. Defendant has one objection. The Court **SUSTAINS** the objection for reasons as set forth in the full record.